

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00107-CV

| | | |
|---|---|---|
| CHRISTOPHER M. PERRICONE, Appellant | § | On Appeal from the 415th District Court |
| V. | § | of Parker County (CV21-0594) |
| AMERICAN PRECISION AMMUNITION, LLC, A/K/A PRECISION AMMUNITION; MATTHEW CAMPBELL; THE MINERAL WELLS INDUSTRIAL FOUNDATION, INC.; THE MINERAL WELLS/PALO PINTO AREA GROWTH COUNCIL; STEPHEN L. BUTCHER; S.L.B., INC.; LANCE HOWERTON; AND RICHARD BALL, Appellees | § § | October 23, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order striking Appellant Christopher M. Perricone's intervention. It is ordered that the trial court's order is reversed, and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees American Precision Ammunition, LLC, a/k/a Precision Ammunition; Matthew Campbell; The Mineral Wells Industrial Foundation, Inc.; The Mineral Wells/Palo Pinto Area Growth Council; Stephen L. Butcher; S.L.B., Inc.; Lance Howerton; and Richard Ball must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr